UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN CAPITAL PARTNERS III, LP, SUN CAPITAL PARTNERS III QP, LP, and SUN CAPITAL PARTNERS IV, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Defendant | Civ. A. No. |

## CORPORATE DISCLOSURE STATEMENT OF SUN CAPITAL PARTNERS III, LP

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.3, the plaintiff, Sun Capital Partners III, LP, states that it has no parent corporation and that no publicly held company has a 10% or greater ownership interest.

                                        Respectfully submitted,

                                        SUN CAPITAL PARTNERS III, LP

                                        /s/ Theodore J. Folkman
                                        John D. Hanify (BBO No. 219880)
                                        Theodore J. Folkman (BBO No. 647642)
                                        HANIFY & KING, Professional Corporation
                                        One Beacon St.
                                        Boston, Mass. 02108
                                        (617) 423-0400
                                        jdh@hanify.com, tjf@hanify.com

Dated: June 4, 2010
564916