UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUN CAPITAL PARTNERS III LP,
et al.
    Plaintiffs,

       v.                        CIVIL ACTION
                                  NO. 10-10921-DPW

NEW ENGLAND TEAMSTERS
AND TRUCKING INDUSTRY PENSION
FUND, et al.,
    Defendants.

## NOTICE OF DEFAULT

WOODLOCK, D.J.

    Upon application of the plaintiff's for an Order of Default for failure of the defendant's to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant's, SCOTT BRASS HOLDING CORP., and SUN SCOTT BRASS, LLC, are hereby defaulted this date.


                                      BY THE COURT,

                                      /s/ Jarrett Lovett
                                        Deputy Clerk

Dated: September 3, 2010