Date: 07/07/2011                                                                                    Page:

Fees
Detail Transaction File List
Feinberg, Campbell & Zack, P.C.

**Fees**

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | |
|--------|-----------|------|-----|-----|------|---------------|--------|---|
| 200.394 | 06/22/2010 | 7 | A | 1 | 275.00 | 4.00 | 1,100.00 | Preparation of Answer and Counterclaim |
| 200.394 | 08/24/2010 | 7 | A | 1 | 275.00 | 0.50 | 137.50 | Preparation of Request for Default; Review correspondence; Memo to file |
| 200.394 | 06/23/2011 | 7 | P | 1 | 275.00 | 2.50 | 687.50 | Preparation of Motion to Enter Default Judg |
| | | | | | Total | 7.00 | 1,925.00 | |

**Costs**

| Client | Trans Date | Atty | H P | Tcd | | | Amount | |
|--------|-----------|------|-----|-----|---|---|--------|---|
| 200.394 | 06/30/2010 | 7 | A | 54 | | | 13.32 | Certified Mail Cost - Summons and Complaint Party Defendants Sun Scott Brass, LLC and Scott Brass Holding Corp. |
| 200.394 | 07/08/2010 | 7 | A | 54 | | | 6.66 | Certified Mail Cost - 2nd Summons and Compl Scott Brass Holding Corp. |
| | | | | Subtotal | | | 19.98 | |
| | | | | GRAND TOTALS | | | $1,944.98 | |