UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN CAPITAL PARTNERS III, LP, SUN CAPITAL PARTNERS III, QP, LP, and SUN CAPITAL PARTNERS III, LP,  )<br><br>Plaintiffs/Counter-Defendants  )<br><br>v.  )<br><br>NEW WNGLAND TEAMSTERS TRUCKING ) INDUSTRY PENSION FUND  )<br><br>Defendant/Counter-Plaintiff,  )<br><br>v.  )<br><br>SCOTT BRASS HOLDING, CORP. and SUN SCOTT BRASS, LLC  )<br><br>Third Party Defendants  ) | C.A. No.: 10-10921 DPW |

## EMERGENCY MOTION TO EXTEND
## SUMMARY JUDGMENT MOTION DEADLINE

Defendant/Counter-Plaintiff hereby move the Court for an emergency extension of time for filing the Motion for Summary Judgment.

As stated in the attached Affidavit of Brian Scotti, the server of Feinberg, Campbell & Zack went down on this day and the documents for filing are not currently available. Therefore, the Defendant/Counter-Plaintiff's request an extension of time to file it's Motion for Summary Judgment until the server is working but no more than 48 hours.

Counsel for Plaintiffs/Counter-Defendants have been informed of this situation. Counsel for Plaintiff's/Counter-Defendants agree not to use any additional time because of this extension to work on their documents.

For all these reasons, Defendant/Counter-Plaintiff requests that the Court grant this Emergency Motion.

|  |  |
|---|---|
| Dated: September 12, 2011 | Respectfully Submitted<br>For the<br>Defendant/Counter-Plaintiff |
|  | /s/ Catherine M. Campbell<br>Catherine M. Campbell, Esq.<br>BBO # 549397<br>Renee J. Bushey, Esq.<br>BBO # 629444<br>Feinberg, Campbell & Zack, PC<br>177 Milk Street, Suite 300<br>Boston, MA 02109<br>(617) 338-1976 Business<br>(617) 338-7070 Facsimile |

## CERTIFICATE OF SERVICE

I Catherine M. Campbell, hereby certify that this document filed through the Court's ECF website was sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those identified as non –registered participants.

Dated: September 12, 2011                         /s/ Catherine M. Campbell
                                                  Catherine M. Campbell, Esq.

2