UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN CAPITAL PARTNERS III, LP, SUN ) <br> CAPITAL PARTNERS III, QP, LP, and ) <br> SUN CAPITAL PARTNERS III, LP, ) <br> ) <br>     Plaintiffs/Counter-Defendants ) <br> ) <br> v. ) <br> ) <br> NEW WNGLAND TEAMSTERS TRUCKING ) <br> INDUSTRY PENSION FUND ) <br> ) <br>     Defendant/Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT BRASS HOLDING, CORP. and ) <br> SUN SCOTT BRASS, LLC ) <br> ) <br>     Third Party Defendants ) | C.A. No.: 10-10921 DPW |

### AFIDAVIT OF BRIAN SCOTTI

1. I am a computer Service Technician for Feinberg, Campbell & Zack, PC.

2. On or about September 12, 2011 at 4:30 pm I received a call from Catherine Campbell of Feinberg, Campbell & Zack, PC reporting that the office server was down.

3. I have been attempting to repair the server at this time. I am unable to access any documents that were saved to the server.

4. As of the present time I am unable to determine when the documents can be recovered.

5. I am taking all reasonable efforts to restore the server.

Signed under the pains and penalties of perjury.

Dated:  September 12, 2011                             /s/ Brian Scotti
                                                                                  Brian Scotti