```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


SUN CAPITAL PARTNERS III, LP, SUN   )
CAPITAL PARTNERS III QP, LP, and    )
SUN CAPITAL PARTNERS IV, LP,        )
                                    )
        Plaintiffs/                 )
        Counter-Defendants,         )   CIVIL ACTION NO.
                                    )   10-10921-DPW
v.                                  )
                                    )
NEW ENGLAND TEAMSTERS AND           )
TRUCKING INDUSTRY PENSION FUND,     )
                                    )
        Defendant/                  )
        Counter-Plaintiff.          )
                                    )
```

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated October 18, 2012, granting the Sun Funds' motion for summary judgment (Dkt. No. 76), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Plaintiffs against the Defendant.**

                                        BY THE COURT,

                                        /s/ Jarrett Lovett
                                        Deputy Clerk

DATED: October 18, 2012