UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


SUN CAPITAL PARTNERS III, LP,      )
SUN CAPITAL PARTNERS III QP, LP,   )
and SUN CAPITAL PARTNERS IV, LP,   )
                                   )
        Plaintiffs/                )    CIVIL ACTION NO.
        Counter-Defendants,        )    10-10921-DPW
v.                                 )
                                   )
NEW ENGLAND TEAMSTERS AND          )
TRUCKING INDUSTRY PENSION FUND,    )
                                   )
        Defendant/                 )
        Counter-Plaintiff,         )
                                   )
v.                                 )
                                   )
SCOTT BRASS HOLDING CORP., and     )
SUN SCOTT BRASS, LLC,              )
                                   )
        Third-Party Defendants.    )


                         FINAL JUDGMENT
                         March 28, 2016

     In accordance with the Memorandum and Order issued this day under direction of the remand from the United States Court of Appeals for the First Circuit, *Sun Capital Partners III, L.P., et al* v. *New England Teamsters & Trucking Industry Pension Fund*, 724 F.3d 129 (1st Cir. 2013), *see also id*. at 132 n.1 (noting that while default judgment had entered against the third-party defendants, defendant/counter plaintiff had

abandoned its claims against those parties), judgment is granted to the Defendant/Counter-Plaintiff and it is HEREBY

DECLARED, ADJUDGED and DECREED:

That the plaintiffs Sun Capital Partners III, LP, Sun Capital Partners III QP, LP and Sun Capital Partners IV, LP are jointly and severally liable for the pro rata share of unfunded vested benefits owed to the defendant multiemployer pension fund by Sun Brass, Inc.

 

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE