MK | Murphy&King

**THEODORE J. FOLKMAN**
Direct Dial: 617-226-3451
Direct Fax: 617-305-0651
Email: tfolkman@murphyking.com

June 20, 2017

Hon. Douglas P. Woodlock
U.S. District Court for the District of Massachusetts
One Courthouse Way
Boston, Mass. 02110

    re: *Sun Capital Partners III, LP et al. v. New Eng. Teamsters & Trucking Indus. Pension Fund*, Civ. A. No. 10-10921-DPW

Dear Judge Woodlock:

    I write on behalf of all parties to respectfully request that the Court rule on the Pension Fund's Motion to Amend the Judgment (ECF No. 185), which was fully briefed on June 10, 2016. The Sun Capital parties filed a notice of appeal on April 4, 2016 (ECF No. 179). Under Fed. R. App. P. 4(a)(4)(B), the notice of appeal does not become effective until the Court rules on the outstanding post-judgment motion. The parties jointly request a ruling so that the appeal can proceed. Thank you for your consideration of this request.

                                     Sincerely,

                                       Theodore J. Folkman

cc:    John F. Hartmann, Esq.
        Catherine M. Campbell, Esq.

Professional Corporation
Counsellors at Law

www.murphyking.com

One Beacon Street
Boston, MA 02108-3107
Tel: 617.423.0400
Fax: 617.423.0498

150 E. 58th Street, 22nd Floor
New York, NY 10155
Tel: 212.631.0223
Fax: 212.624.0223