UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN CAPITAL PARTNERS III, LP;<br>SUN CAPTIAL PARTNERS III QP, LP;<br>SUN CAPITAL PARTNERS IV, LP,<br>    Plaintiffs,<br><br>    v.<br><br>NEW ENGLAND TEAMSTERS &<br>TRUCKING INDUSTRY PENSION<br>FUND,<br>    Defendant/Third Party,<br>    Plaintiff,<br><br>    v.<br><br>SCOTT BRASS HOLDING CORP<br>And SUN SCOTT BRASS, LLC.,<br>    Third Party Defendants. | CIVIL ACTION NO.<br>10-10921-DPW |

## **FINAL JUDGMENT UPON MANDATE**

WOODLOCK, District Judge

    Mandate having been being issued, and in accordance with the Judgment entered by the United States Court of Appeals for the First Circuit on November 22, 2019 (Dkt. No. 221), on remand it is hereby ORDERED, ADJUDGED AND DECREED:

    Judgment for the Plaintiffs against the Defendant.

                                                  BY THE COURT,

                                                  /s/ Barbara Beatty
                                                  Deputy Clerk

DATED: March 23, 2020