UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN CAPITAL PARTNERS III, LP, ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEW ENGLAND TEAMSTERS &<br>TRUCKING INDUSTRY PENSION FUND,<br><br>    Defendant | Civ. A. No. 1:10-cv-10921-DPW |

### ORDER

The motion of Sun Capital Partners III, LP, Sun Capital Partners III QP, LP, and Sun Capital Partners IV, LP, to exonerate the two supersedeas bonds entered in this case, Bond No. 1001039267, dated April 5, 2016, in the amount of $4,968,693.00, and Bond No. 1001123759, dated December 20, 2018, in the amount of $5,349,918.00, both issued by United States Surety Company as surety ("the Bonds"), is granted, and the Bonds are hereby exonerated in their entirety. The New England Teamsters and Trucking Industry Pension Fund, as obligee on the Bonds, is barred from making any claim on either of the Bonds.

*/s/ Douglas P. Woodlock*

United States District Judge

DATED: March 26, 2020