# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 5, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: New England Teamsters and Trucking Industry Pension Fund
v. Sun Capital Partners III, LP, et al
No. 20-155
(Your No. 16-1376, 19-1002)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk